| B 104 | **ADVERSARY PROCEEDING COVER SHEET** | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| (Rev. 5/00) | (Instructions on Reverse) | (Court Use Only) |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| ROGER KEEF, on behalf of himself and all others similarly situated | YELLOW CORPORATION, YRC INC. (d/b/a YRC FREIGHT) |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Ian Connor Bifferato<br>THE BIFFERATO FIRM, P.A.<br>1007 N. Orange St., 4th Floor, Wilmington, DE 19801<br>Tel.: 302-225-7600 | Laura Davis Jones<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor, Wilmington, DE 19801<br>Tel.: 302-652-4100 |

**PARTY** (Check one box only)    __ 1 U.S. PLAINTIFF    __ 2 U.S. DEFENDANT    _X_ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
This case arises out of Defendant's failure to provide its workers with the 60-day advance notice required under the federal Worker Adjustment and Retraining Notification Act (the "WARN Act"), codified at 29 U.S.C. § 2101 et seq

**NATURE OF SUIT**
(Check the one most appropriate)

| | | |
|---|---|---|
| X 454 To Recover Money or Property | __455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan | __456 To obtain a declaratory judgment relating to any of foregoing causes of action |
| __435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property | __426 To determine the dischargeability of a debt 11 U.S.C. §523 | __459 To determine a claim or cause of action removed to a bankruptcy court |
| __458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property | __434 To obtain an injunction or other equitable relief | __498 Other (specify) |
| __424 To object or to revoke a discharge 11 U.S.C. § 727 | __457 To subordinate any allowed claim or interest except where such subordination is provided in a plan | |

**ORIGIN OF PROCEEDINGS** (Check One Box Only)    __ 1 Original Proceeding    __ 2 Removed Proceeding    __ 4 Reinstated or Reopened    __ 5 Transferred from Another Bankruptcy Court    _X_ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND**    NEAREST THOUSAND    OTHER RELIEF SOUGHT    JURY DEMAND

BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | YELLOW CORPORATION, et al., | BANKRUPTCY CASE NO. | 23-11069-CTG |
|---|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING | Delaware    DIVISIONAL OFFICE | | NAME OF JUDGE    Goldblatt |

RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)    _X_ FEE ATTACHED    __ FEE NOT REQUIRED    __ FEE IS DEFERRED

| DATE | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|
| 8/7/2023 | Ian Connor Bifferato | /s/ Ian Connor Bifferato |

**Local Form 109**