# United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re: YELLOW CORPORATION, *et al.*,<br>Debtor | Case No.: 23-11069-CTG |
| ROGER KEEF, on behalf of himself and all others similarly situated,<br>Plaintiff<br>v.<br>YELLOW CORPORATION, YRC INC.,<br>(d/b/a YRC FREIGHT)<br>Defendant | Chapter: 11<br><br>Adv. Proc. No.: 23-50458-CTG |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Ian Connor Bifferato
> The Bifferato Firm
> 1007 N. Orange Street, 4th Fl
> Wilmington, DE 19801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address:        824 N Market Street, Wilmington, DE 19801
> Room:           3rd Fl Courtroom #7
> Date and Time:  9/14/23 2pm ET

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
**of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: 8/9/2023

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YELLOW CORPORATION, et al.,1<br><br>    Debtors.<br><br>ROGER KEEF, on behalf of himself and all others similarly situated,<br>    Plaintiff,<br>v.<br><br>YELLOW CORPORATION, YRC INC. (d/b/a YRC FREIGHT)<br>    Defendant. | Chapter 11<br>Bankr. Case No. 23-11069(CTG)<br><br>(Joint Administration Requested) |

STATE OF DELAWARE  }
           } ss.
COUNTY OF NEW CASTLE }

I, John Garber, of Parcels, Inc., the State of Delaware, County of New Castle, being duly sworn, says that on the 9th day of August, 2023, at 5:00 p.m., I personally served a copy of a Summon, Complaint and Notice of Dispute Resolution Alternatives with supporting documents on **Yellow Corporation**, 11500 Outlook St Ste 400, Overland Park, KS 66211 via Certified Mail/Return Receipt Requested.

Tracking# 7019 0160 0000 6559 2104

                         _____
                         John Garber

Subscribed and sworn before me
This 10th day of August, 2023
Notary Public

_____
My commission expires: _____

