# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: YELLOW CORPORATION, *et al.*, | ) | |
| Debtor | ) | |
| | ) | Case No.: 23-11069-CTG |
| ROGER KEEF, on behalf of himself and all others similarly situated, | ) | |
| | ) | |
| Plaintiff | ) | Chapter: 11 |
| v. | ) | |
| | ) | |
| YELLOW CORPORATION, YRC INC., (d/b/a YRC FREIGHT) | ) | Adv. Proc. No.: 23-50458-CTG |
| | ) | |
| Defendant | ) | |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Ian Connor Bifferato
> The Bifferato Firm
> 1007 N. Orange Street, 4th Fl
> Wilmington, DE 19801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address:        824 N Market Street, Wilmington, DE 19801
> Room:           3rd Fl Courtroom #7
> Date and Time:  9/14/23 2pm ET

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: 8/9/2023_____

# AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YELLOW CORPORATION, et al.,1<br><br>　　　　　　Debtors.<br><br>ROGER KEEF, on behalf of himself and all others similarly situated,<br>　　　　　　Plaintiff,<br>v.<br><br>YELLOW CORPORATION, YRC INC. (d/b/a YRC FREIGHT)<br>　　　　　　Defendant. | Chapter 11<br>Bankr. Case No. 23-11069(CTG)<br><br>(Joint Administration Requested) |

STATE OF DELAWARE　　　}
　　　　　　　　　　　　} ss.
COUNTY OF NEW CASTLE　}

I, John Garber, of Parcels, Inc., the State of Delaware, County of New Castle, being duly sworn, says that on the 9th day of August, 2023, at 12:30 p.m., I personally served a copy of a CLASS ACTION ADVERSARY PROCEEDING COMPLAINT with supporting documents on **YRC INC. (d/b/a YRC FREIGHT)**, by serving the registered agent, The Corporation Trust Company at 1209 Orange Street, Wilmington, DE 19801.

Name of individual personally served: Nadia Bellamy – Authorized to accept.
Description of individual: African American Female, age 25-30, black hair, 5'8".

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John Garber

Subscribed and sworn before me
This 9th day of August, 2023
Notary Public

_____

My commission expires: _____